# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 490 WAL 2014
                                       :

              Respondent   :
                                       :   Petition for Allowance of Appeal from the
                                       :   Order of the Superior Court
            v.                   :
                                       :
                                     :
TRAVIS SHANE BRUNO,           :
                                       :
             Petitioner     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.